# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT JOHNSON,<br><br>          Petitioner,<br><br>   v.<br><br>S. PERRY,<br><br>          Respondent. | Case No. CV 16-03887 JVS (AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Summarily Dismissing First Amended Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed without prejudice.

DATED: June 07, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE